# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AFTAB BARI, ET AL, <br> Plaintiff <br> <br> v. <br> <br> JOHN DOE 1, ET AL., <br> Defendant | ) <br> ) <br> ) **C. A. NO.** 3:11-cv-30157-MAP <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants John Doe 1, et al., against the plaintiffs, Aftab Bari, et al, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

**ROBERT M. FARRELL**,
Acting CLERK OF COURT

Dated: June 17, 2013           By /s/ *Maurice G. Lindsay*
                                Maurice G. Lindsay
                                Deputy Clerk

(Civil Judgment (Routine) 6.wpd - 11/98)
    [jgm.]